COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| YOLANDA ZAVALA, | § | No. 08-23-00009-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th Judicial District Court |
| MIGUEL ZAVALA MEJIA, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2018DCV4780) |

## <u>ORDER</u>

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* TEX. R. APP. P. 42.3.

On February 13, 2023, the Clerk of this Court sent Appellant a letter requesting payment of the required filing fee. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rules from paying costs). The letter notified Appellant that their appeal would be subject to dismissal on or after twenty days of the date of the notice if Appellant failed to pay or failed to show they were excused from paying the required fee. *See* Tex. R. App. P. 42.3 (c) (authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of this date, which is more than twenty days after the date of the notice, Appellant has not paid the filing fee or otherwise shown they are excused from paying the required fee. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 5, 43.3(c).

LISA J. SOTO, Justice

March 14, 2023

Before Rodriguez, C.J., Palafox, and Soto, J.J.